# EXHIBIT A

ELECTRONICALLY FILED
5/31/2022 2:56 PM
62-CV-2022-900030.00
CIRCUIT COURT OF
TALLAPOOSA COUNTY, ALABAMA
PATRICK CRADDOCK, CLERK

| State of Alabama | **COVER SHEET** | Case Number: |
|---|---|---|
| Unified Judicial System | **CIRCUIT COURT - CIVIL CASE** | 62- |
| Form ARCiv-93   Rev. 9/18 | (Not For Domestic Relations Cases) | Date of Filing: 05/31/2022    Judge Code: |

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY, ALABAMA**
**RUSHIN GIDDENS ET AL v. AT&T SERVICES, INC.**

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other
**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA  - Wrongful Death
- ☐ TONG  - Negligence: General
- ☐ TOMV  - Negligence: Motor Vehicle
- ☐ TOWA  - Wantonness
- ☐ TOPL  - Product Liability/AEMLD
- ☐ TOMM  - Malpractice-Medical
- ☐ TOLM  - Malpractice-Legal
- ☐ TOOM  - Malpractice-Other
- ☐ TBFM  - Fraud/Bad Faith/Misrepresentation
- ☑ TOXX  - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE  - Personal Property
- ☐ TORE  - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN  - Abandoned Automobile
- ☐ ACCT  - Account & Nonmortgage
- ☐ APAA  - Administrative Agency Appeal
- ☐ ADPA  - Administrative Procedure Act
- ☐ ANPS  - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX  - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT  - Civil Rights
- ☐ COND  - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP  - Contempt of Court
- ☐ CONT  - Contract/Ejectment/Writ of Seizure
- ☐ TOCN  - Conversion
- ☐ EQND  - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD  - Eviction Appeal/Unlawful Detainer
- ☐ FORJ  - Foreign Judgment
- ☐ FORF  - Fruits of Crime Forfeiture
- ☐ MSHC  - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB  - Protection From Abuse
- ☐ EPFA  - Elder Protection From Abuse
- ☐ QTLB  - Quiet Title Land Bank
- ☐ FELA  - Railroad/Seaman (FELA)
- ☐ RPRO  - Real Property
- ☐ WTEG  - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP  - Workers' Compensation
- ☐ CVXX  - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER
R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES  ☐ NO
Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** SEG018    5/31/2022 2:56:20 PM    /s/ JOHN MICHAEL SEGREST
Date    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES  ☐ NO  ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES  ☑ NO

ELECTRONICALLY FILED
5/31/2022 2:56 PM
62-CV-2022-900030.00
CIRCUIT COURT OF
TALLAPOOSA COUNTY, ALABAMA
PATRICK CRADDOCK, CLERK

## IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY, ALABAMA
## AT DADEVILLE

| | |
|---|---|
| **RUSHIN GIDDENS and KRISTI GIDDENS**<br><br>*Plaintiffs*<br><br>v.<br><br>**A T & T and Fictitious Defendant A, whose name is currently unknown but who will be named upon identification,**<br><br>*Defendants* | Case No.  CV-2022-_____ |

## COMPLAINT

COME NOW the plaintiffs, Rushin Giddens and Kristi Giddens and file this Complaint alleging and showing unto the Court as follows:

### THE PARTIES

1) Plaintiff Rushin Giddens is an adult resident of Tallapoosa County, Alabama.

2) Plaintiff Kristi Giddens is an adult resident of Tallapoosa County, Alabama.

3) Defendant AT&T Services, Inc., is a foreign corporation authorized to do and doing business in the State of Alabama, Tallapoosa County.

4) Fictitious Defendant A is an employee of AT&T Services, Inc., and a former co-worker with Plaintiff Giddens.  Upon information and belief, Fictitious Defendant A is over the age of 19 years.

1

**FACTUAL BACKGROUND**

5) Plaintiff, Rushin Giddens, was employed by Defendant AT&T Services, Inc., for some 22 years. His employment was terminated, without explanation, in August, 2019.

6) Plaintiff, Rushin Giddens, was illegally arrested and charged with Theft of Property in the First Degree in 2020. Giddens was wrongfully accused by his employer, AT&T Service, Inc., of stealing nearly $150,000.00.

7) No one from AT&T Services, Inc., or law enforcement ever questioned or attempted to question Giddens before issuing a warrant for Giddens' arrest. Unbeknownst to Giddens, A&T Services, Inc., filed a complaint with the Alexander City Police Department on or about January 21, 2020, whereupon Giddens was charged with theft of property in the first degree.

8) Giddens had no knowledge of any charges being placed against him. He first learned of the charges after boarding a ship in Broward County, Florida, for a honeymoon cruise with his wife, Kristi, on or about February 25, 2020. After boarding the ship, U.S. Customs officers took Giddens off the ship and informed him of the outstanding warrant dated January 21, 2020. At that time, someone from the Alexander City Police Department falsely informed U.S. Customs that Giddens had been arrested in October of 2019 and that Giddens was likely attempting to flee the country.

9) Rushin Giddens waived extradition February 25, 2020.

10) Rushin Giddens, however, was placed in the Broward County Jail in Florida, where he remained for five days pending a pick-up from Tallapoosa County authorities. At no point in time was he contacted by the Alexander City Police Department, before, during, or after the investigation or warrant, to explain what had transpired.

11) Rushin Giddens was arrested by Tallapoosa County Sheriff's Deputy on or about March 2, 2020.

12) Over a year later, on April 26, 2021, the charges against Rushin Giddens were dismissed by the District Court of Tallapoosa County, when Giddens proved his innocence.

13) Because he was arrested and charged with crimes he did not commit, Rushin Giddens' name and good character were slandered.

14) Because he was arrested and charged with crimes he did not commit, Rushin Giddens has been and continues to be depressed and has endured emotional pain and suffering and embarrassment.

15) Plaintiff Kristi Giddens has suffered a loss of consortium due to Rushin Giddens' depression as well as the fact that he was held in custody five days in Broward County, Florida, on charges that were unfounded.

## COUNT ONE:

## **MALICIOUS PROSECUTION**

16) The Defendant, AT&T Services, Inc., and Fictitious Defendant A wrongfully accused Giddens of stealing nearly $150,000.00 and prosecuted Rushin Giddens without cause.

17) The actions of the Defendants constitute malicious prosecution.

WHEREFORE, Plaintiff Rushin Giddens demands judgment against the Defendants, separately and severally, in such an amount of compensatory and punitive damages as a jury deems reasonable, and may award, plus attorneys' fees and costs.

**COUNT TWO:**

**ABUSE OF PROCESS**

18) The Defendant, AT&T Services, Inc., and Fictitious Defendant A wrongfully accused Giddens of stealing nearly $150,000.00 and prosecuted Giddens without cause.

19) The actions of the Defendants constitute abuse of process.

WHEREFORE, Plaintiff Rushin Giddens demands judgment against the Defendants, separately and severally, in such an amount of compensatory and punitive damages as a jury deems reasonable, and may award, plus attorneys' fees and costs.

**COUNT THREE:**

**DEFAMATION/SLANDER/LIBEL**

20) Defendants AT&T Services, Inc., and Fictitious Defendant A spread false, public, and negligent speech which degraded and ruined (and continues to degrade and ruin) Plaintiff Rushin Gidden's reputation.

21) Such actions are defamation, slander, and libel.

WHEREFORE, Plaintiff Rushin Giddens demands judgment against the Defendants, separately and severally, in such an amount of compensatory and punitive damages as a jury deems reasonable, and may award, plus attorneys' fees and costs.

**COUNT FOUR:**

**INTENTIONAL INFLICTION OF EMOTIONAL PAIN AND SUFFERING**

22) Defendant AT&T Services, Inc., and Fictitious Defendant A intentionally inflicted emotional pain and suffering by causing the arrest of the Plaintiff, Rushin Giddens, by spreading false, public, and negligent speech which degraded and ruined (and continues to degrade and ruin) said Plaintiff's reputation.

23) Such actions by Defendant are an intentional infliction of emotional pain and suffering.

WHEREFORE, Plaintiff Rushin Giddens demands judgment against the Defendants, separately and severally, in such an amount of compensatory and punitive damages as a jury deems reasonable, and may award, plus attorneys' fees and costs.

## COUNT FIVE:

## LOSS OF CONSORTIUM

24) Plaintiff Kristi Giddens alleges that she has suffered a loss of consortium due to her husband's being falsely accused and arrested on unfounded charges.  Kristi alleges that she continues to suffer a loss of consortium due to the depression that has followed Mr. Giddens' being arrested and prosecuted because of the Defendant's AT&T Services, Inc., and Fictitious Defendant A wrongfully causing the arrest of Rushin Giddens.

WHEREFORE, Plaintiff Kristi Giddens demands judgment against the Defendants, separately and severally, in such an amount of compensatory and punitive damages as a jury deems reasonable, and may award, plus attorneys' fees and costs.

## JURY DEMAND

The plaintiffs demand trial by jury on all issues triable by jury as of right.

Respectfully submitted this 31st day of May, 2022.

/s/     *Mike Segrest*
John Michael Segrest (SEG018)
The Segrest Law Firm
P.O. Box 780791
Tallassee, AL  36078
Telephone:  334-252-0036
Fax:  334-252-0037
Email:  Mike.Segrest@SegrestLaw.com



AlaFile E-Notice

62-CV-2022-900030.00

To: JOHN MICHAEL SEGREST
Mike.Segrest@Segrestlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY, ALABAMA

RUSHIN GIDDENS ET AL V. AT&T SERVICES, INC.
62-CV-2022-900030.00

The following complaint was FILED on 5/31/2022 2:55:51 PM

Notice Date:     5/31/2022 2:55:51 PM

PATRICK CRADDOCK
CIRCUIT COURT CLERK
TALLAPOOSA COUNTY, ALABAMA
125 NORTH BROADNAX
DADEVILLE, AL, 36853

256-825-1098
patrick.craddock@alacourt.gov



AlaFile E-Notice

62-CV-2022-900030.00

To: AT&T SERVICES, INC.
C/O CT CORP SERVICE
2 N JACKSON ST., STE 605
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY, ALABAMA

RUSHIN GIDDENS ET AL V. AT&T SERVICES, INC.
62-CV-2022-900030.00

The following complaint was FILED on 5/31/2022 2:55:51 PM

Notice Date:     5/31/2022 2:55:51 PM

PATRICK CRADDOCK
CIRCUIT COURT CLERK
TALLAPOOSA COUNTY, ALABAMA
125 NORTH BROADNAX
DADEVILLE, AL, 36853

256-825-1098
patrick.craddock@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>62-CV-2022-900030.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY, ALABAMA**
**RUSHIN GIDDENS ET AL V. AT&T SERVICES, INC.**

**NOTICE TO:** AT&T SERVICES, INC., C/O CT CORP SERVICE 2 N JACKSON ST., STE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
JOHN MICHAEL SEGREST,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 17 Sistrunk Street, TALLASSEE, AL 36078.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of RUSHIN GIDDENS pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 05/31/2022 | /s/ PATRICK CRADDOCK | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ JOHN MICHAEL SEGREST
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,
*(Name of Person Served)* *(Name of County)*

Alabama on _____.
*(Date)*

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| | *(Server's Printed Name)* | *(Phone Number of Server)* |



# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY, ALABAMA
RUSHIN GIDDENS ET AL V. AT&T SERVICES, INC.

62-CV-2022-900030.00

To: CLERK DADEVILLE
clerk.dadeville@alacourt.gov

TOTAL POSTAGE PAID: $7.53

Parties to be served by Certified Mail - Return Receipt Requested

AT&T SERVICES, INC.                                          Postage: $7.53
C/O CT CORP SERVICE
2 N JACKSON ST., STE 605
MONTGOMERY, AL 36104

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail



CV-22-9-30

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AT&T Services, Inc.
c/o CT Corp Service
2 N. Jackson St. Ste 605
Montgomery, AL 36104

9590 9402 5904 0049 6086 70

2. Article Number (Transfer from service label)

7019 2970 0000 1494 2908

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): Justice McColl
C. Date of Delivery: JUN 0 6 202[?]

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ [Insured] Mail
☐ [Insured] Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☒ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

AlaFile E-Notice

62-CV-2022-900030.00
Judge: RAY D. MARTIN

To: SEGREST JOHN MICHAEL
Mike.Segrest@Segrestlaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY, ALABAMA

RUSHIN GIDDENS ET AL V. AT&T SERVICES, INC.
62-CV-2022-900030.00

The following matter was served on 6/6/2022

**D001 AT&T SERVICES, INC.**
**Corresponding To**
CERTIFIED MAIL

PATRICK CRADDOCK
CIRCUIT COURT CLERK
TALLAPOOSA COUNTY, ALABAMA
125 NORTH BROADNAX
DADEVILLE, AL, 36853

256-825-1098
patrick.craddock@alacourt.gov